**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 CV 0895 |
| v. ) | |
| ) | Judge Norgle |
| WINNOLAS SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

**ABLE HOME HEALTH, LLC**

s/Heather Kolbus
By one of its attorneys
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**WINNOLAS SYSTEMS, INC.**

s/Bart T. Murphy (with permission)
By one of its attorneys
Bart T. Murphy
Isaac J. Colunga
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on June 12, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

    Bart T. Murphy - bart.murphy@icemiller.com
    Isaac J. Colunga - Colunga@icemiller.com
    Marth Kohlstrand - martha.kohlstrand@icemiller.com
    Ice Miller, LLP
    2300 Cabot Dr., Ste. 455
    Lisle, IL 60532

                              s/Heather Kolbus
                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379