# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Able Home Health, LLC

                                               Plaintiff,

v.                                                                     Case No.: 1:20–cv–00895
                                                                    Honorable Charles R. Norgle Sr.

Winnolas Systems, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2020:

        MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's individual claims are dismissed with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1–10 are dismissed without prejudice and without costs [23]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.